IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALLIN CALHOUN,

    Petitioner,

v.                      Case No. 4:17cv294-MW/CAS

JULIE JONES, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 22. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 15, is **GRANTED**. Petitioner's § 2254 petition is **DISMISSED as untimely**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on August 28, 2018.

                                        s/ MARK E. WALKER
                                        Chief United States District Judge